**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**APRIL L. JORDAN, on behalf of M.E.J.,**

        **Plaintiff,**

        **v.**                                    **8:12-CV-1450**

**CAROLYN W. COLVIN,
Acting Commissioner of Social Security,**

        **Defendant.**
_____

**APPEARANCES:**                      **OF COUNSEL:**

April L. Jordan
67 Veterans Road
Ticonderoga, NY 12883
Plaintiff, *pro se*

Social Security Administration          Amanda J. Lockshin, Esq.
Office of Regional General Counsel     Special Assistant U.S. Attorney
Region II
26 Federal Plaza - Room 3904
New York, NY 10278
Counsel for Defendant

**NORMAN A. MORDUE, SENIOR U. S. DISTRICT JUDGE**

## **ORDER**

The above matter comes to me following a Report-Recommendation by Magistrate Judge Victor E. Bianchini, duly filed on the 20th day of November 2013. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The defendant is granted judgment on the pleadings. Plaintiff's motion is denied and the case is dismissed.

3. The Clerk of the Court shall enter judgment accordingly and serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: December 12, 2013
Syracuse, New York

Norman A. Mordue
Senior U.S. District Judge