# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**April L. Jordan, on behalf of M.E.J.**
    Plaintiff
  vs.                                **CASE NUMBER: 8:12-CV-1450 (NAM/VEB)**

**Carolyn W. Colvin, Acting Commissioner of Social Security**
    Defendant

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation of Magistrate Judge Victor E. Bianchini is ADOPTED IN ITS ENTIRETY, the defendant's Motion for Judgment on the Pleadings is GRANTED, Plaintiff's Motion for Judgment on the Pleadings is DENIED. Therefore Judgment is entered in favor of the Commissioner of Social Security and this case is DISMISSED.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 12th day of December, 2013.

DATED: December 13, 2013

                                                    Clerk of Court

                                                    s/

                                                    Joanne Bleskoski
                                                    Deputy Clerk